STATE OF CONNECTICUT *v.* ROGER LUBESKY

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).

Argued October 1—decided October 2, 1974

STATE OF CONNECTICUT *v.* CHARLES DeMARTIN

The defendant's motion for the entry of a final judgment in his favor in the appeal from the Superior Court in New Haven County is denied.

*Anthony J. Lasala,* for the appellant (defendant).

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

Argued October 1—decided October 2, 1974

ROSE ZACK, EXECUTRIX (ESTATE OF WILLIAM GUZAUSKAS), ET AL. *v.* KATHRYN GUZAUSKAS
ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*Bruce Mayor,* for the appellee (named defendant).

*Robert L. Hirtle,* for the appellants (plaintiffs).